**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01281-CV

### KENNETH W. MORRISON, RICK ADAMS, AND STONECOAT OF TEXAS, LLC, Appellants

### V.

### JOHN D. PROFANCHIK, SR., Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02057-2015**

## ORDER

Before the Court is appellants' December 5, 2018 unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 4, 2019.

/s/     DAVID EVANS
        JUSTICE